# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TAI PHAN, on behalf of himself and all
others similarly situated,

    Plaintiff,

v.                                            CASE NO: 8:15-cv-783-T-26TGW

HIRO & MICHAEL, INC., d/b/a Hiros
Tokyo Steakhouse and Sushi Bar, *et al.*,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the parties' submissions, it is **ordered and adjudged** as follows:

1) The Plaintiff's Unopposed Motion to Amend Complaint to Add Linh Chi Luu as a Party (Dkt. 19) is **granted**. The Clerk shall accept for filing the amended complaint attached to the motion, which complaint shall relate back to the filing of the original complaint. The Defendants shall file their responses to the amended complaint within fourteen (14) days of this order.

2) The Defendant Michael Chan's Renewed Motion for Substitution Under FRCP 25(b)(16) is **granted**. The Court rejects Plaintiff's arguments in opposition. Linh Chi Luu, as plenary guardian of the person and property of Chi Y. Yan a/k/a/ Michael Chi Yan Chan, is substituted as

the party Defendant for Michael Chan.  The Clerk shall amend the caption of this case to reflect this substitution.

      **DONE AND ORDERED** at Tampa, Florida, on May 8, 2015.


         s/*Richard A. Lazzara*
      **RICHARD A. LAZZARA**
      **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record